**Roselaure EUGENE, Plaintiff–
Counter–Defendant–
Appellee,**

v.

**3DON & PARTNER ESTATE GROUP, LLC, a Florida Limited Liability Corporation, Michelle Kettly Dumas, individually, Defendants–Appellants,**

**M.G.N. Investments, Corporation, A Florida corporation, Defendant–
Counter–Claimant–Appellant,**

**Jean Donald Paraison, individually, et al., Defendants.**

No. 08–16501.

United States Court of Appeals, Eleventh Circuit.

Sept. 29, 2009.

Before BARKETT and HULL, Circuit Judges, and SCHLESINGER,* District Judge.

HULL, Circuit Judge:

After review and oral argument, we conclude the Defendants–Appellants have shown no reversible error, and therefore we affirm the judgment of the district court in the amount of $187,500.00, plus post-judgment interest, in favor of Plaintiff–Appellee Roselaure Eugene jointly and severally against Defendants–Appellants 3Don & Partner Estate Group, LLC, Michelle Kettly Dumas, and M.G.N. Investments Corporation.

**AFFIRMED.**